# United States Court of Appeals
## For the First Circuit

No. 12-1612

FRANK WOODWARD,

Plaintiff, Appellant,

v.

EMULEX CORPORATION and JEFF HOOGENBOOM,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on April 18, 2013 is amended as follows:

Page 8, line 5: "26(b)(C)(ii)" is corrected to "26(b)(2)(C)(iii)".

Page 11, line 8: "non-discriminatory" is corrected to "nondiscriminatory".

Page 17, line 5: "and" is corrected to "[and]".